STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Cole J. Griffin
Attorney at Law
202 W. Main St.
Lafayette LA 70501

Christine M. Mire
Attorney at Law
202 West Main Street
Lafayette LA 70501

**REHEARING ACTION: May 26, 2010**

**Docket Number: 09 01209-CA**

**STANFORD H. MCNABB**
**VERSUS**
**THERESE HERRIG MCNABB**

**Appealed from Lafayette Parish Case No. C-20065227**

**BEFORE JUDGES:**

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Jimmie C. Peters**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Stanford H. McNabb** has this day been

   **DENIED.**

cc: Andre Doguet, Counsel for the Appellee